Date: 04/19/11      **DIVIDENDS REMITTED TO THE COURT**     #152262      Page: 1

Case Number 10-11224 - CRUSOE, JOHNNA RENEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Time Warner Cable<br>P.O. Box 0901<br>Carol Stream, IL 60132 | 000001   CC #105 | 292.06 | 1.53 |
| Lavelle & Lavelle Company<br>526 Superior Ave E<br>Suite 522<br>Cleveland, OH 44114-0000 | 000002   CC #106 | 100.00 | 0.53 |
| Cleveland Acceptance Corp<br>2106 Payne Avenue<br>Cleveland, OH 44114 | 000004   CC - #108 | 763.26 | 4.01 |
| The Illuminating Company - CEI<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 000006   CC - #110 | 356.55 | 1.87 |
| City of Cleveland<br>Division of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540 | 000008   CC #112 | 150.13 | 0.79 |
| Remittance Total | | 1,662.00 | 8.73 |

LAUREN A. HELBLING, Trustee

2011 APR 26 PM 3:21
NORTHERN DISTRICT OF OHIO
CLEVELAND